```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | 3:08-CV-0112-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: NOVEMBER 24, 2008 |
| | ) | |
| H. SKOLNICK, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On November 3, 2008, the Magistrate Judge filed a Report and Recommendation (#62) recommending that Plaintiff's Motion for Preliminary Injunction (#30) be denied. Plaintiff has filed an Objection (#63) to the Report and Recommendation (#62).

    **IT IS HEREBY ORDERED** that Plaintiff's Objection (#63) to the Report and Recommendation (#62) is **OVERRULED**.

    The Report and Recommendation (#62) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#62) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction (#30) is **DENIED**. The Court may not issue an injunction in "a matter lying wholly outside the issues in the suit." *De Beers Consol. Mines v. United States*, 325 U.S. 212,220, 65 S.Ct. 1130,1134 (1945)

    It appears that Plaintiff has appealed (#45) this Court's Order (#41) denying his motion for appointment of counsel; therefore, this order will not address the issue at this time.

                                                LANCE S. WILSON, CLERK

                                                By     /s/
                                                    Deputy Clerk