UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | 3:08-CV-00112-ECR-VPC |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: August 26, 2009 |
| H. SKOLNIK, et al., | ) | |
| Defendants. | ) | |

PRESENT:    EDWARD C. REED, JR.                                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN            Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                   NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On July 16, 2009, the Magistrate Judge filed a Report and Recommendation (#105) recommending that Defendants' Motion for Summary Judgment (#83) be granted and that Plaintiff's Cross-Motion for Summary Judgment (#84) be denied.  Plaintiff has filed an Objection (#107) and Defendants have filed an Opposition (#108) to the Objection (#107).  The objection is not well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#105) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#83) is **GRANTED**.  Plaintiff's Cross-Motion for Summary Judgment (#84) is **DENIED**.

    The relief that Plaintiff seeks is not cognizable in an action under 42 U.S. C. § 1983.  Plaintiff must first seek relief by way of habeas before he can bring an action seeking the relief which he does here.

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK
By      /s/
Deputy Clerk